

# VIRGINIA & AMBINDER LLP
Attorneys at Law

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2019

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Marlie Blaise**
Associate
mblaise@vandallp.com

November 7, 2019

**VIA ECF**

**MEMO ENDORSED**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 1506
New York, New York 10007

Re: **Trustees of The New York City District Council of Carpenters Pension Fund et al v. Duncan Partners, LLC et. al., 19 CV 8120 (RA) (OTW)**

Dear Judge Abrams:

We represent the Plaintiffs (the "Funds") in the above-captioned matter. We write, with the consent of Defendant Travelers Casualty & Surety Company of America ("Travelers") to respectfully request an adjournment of the initial status conference scheduled for Friday, November 15, 2019 at 12:45 p.m., and consequently, an extension of the parties' deadline to submit a joint letter and case management plan currently set for November 8, 2019.

Defendant Duncan Partners, LLC ("Duncan") has not appeared in this matter and the Funds anticipate filing a motion for default judgment against Duncan. Although Travelers has not yet formally appeared, the Funds and Travelers are in ongoing communications as part of an effort to resolve the claims against Travelers. Plaintiffs and Travelers have exchanged, and intend to continue exchanging, various records as part of these ongoing negotiations. In an effort to limit costs, the Funds consented to an extension of time for Travelers to submit an answer. It is our hope that the parties can reach a resolution of the claims against Travelers without the need for additional litigation.

Accordingly, the Funds and Travelers respectfully request that the Court grant a 30-day extension of the deadline to file a joint letter and proposed case management plan and adjourn the upcoming initial conference to December 13, 2019, or as soon thereafter the Court's schedule allows. This is the parties' first request for such an extension of the joint letter and case management plan and adjournment of the initial conference.

We thank the Court for its time and attention to this matter.

**VIRGINIA & AMBINDER LLP**
Attorneys at Law

Respectfully submitted,

/s/
Marlie Blaise, Esq.

cc: Duncan Partners, LLC
237 W 35th Street, Suite 604
New York, New York 10001

David C. Dreifuss
Dreifuss Bonacci & Parker, PC
Five Penn Plaza, 23rd Floor
New York, New York 10001
*Attorneys for Defendant Travelers Casualty
and Surety Company of America*

---

Application granted. The initial status conference is adjourned until December 20, 2019 at 10:45 a.m. The parties' joint letter and proposed case management plan is due no later than December 13, 2019.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 8, 2019