UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL & INDUSTRY FUND *et al.*,

               Plaintiff,

     v.

DUNCAN PARTNERS, LLC; TRAVELERS
CASUALTY & SURETY COMPANY OF
AMERICA,

               Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/22/2020

19-CV-8120 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     A post-discovery conference is scheduled in this action on Friday, April 24, 2020, at 10:45 a.m. Counsel was required to submit a joint letter to the Court by April 17, 2020, as directed in the Case Management Plan and Scheduling Order. *See* Dkt. 21. To date, however, the Court has not received that letter.

     No later than tomorrow, April 23, 2020, by 12:00 p.m., the parties shall submit their joint letter or indicate whether they would like to adjourn the conference. If the parties would like to proceed with the conference on Friday, the Court will hold it by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:   April 22, 2020
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge