USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND;
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
RELIEF AND CHARITY FUND; THE NEW
YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
CORPORATION,

                Plaintiffs,

          v.

DUNCAN PARTNERS, LLC; TRAVELERS
CASUALTY & SURETY COMPANY OF
AMERICA,
                Defendants.

19-CV-8120 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the voluntary dismissal of this action against Defendant Travelers Casualty &
Surety Company of America and the pending motion for default judgment against Defendant
Duncan Partners, LLC ("Duncan Partners"), the post-discovery conference scheduled for May
29, 2020 is adjourned *sine die*.

On April 25, 2020, the Clerk of Court entered a certificate of default against Duncan
Partners and on May 15, 2020, Plaintiffs moved for default judgment against Duncan Partners.
Dkt. 27, 30.  Upon consideration of these documents and the supporting declarations from
William Davidian, George Pahhas, and Nicole Marimon, it is hereby:

       ORDERED that Plaintiffs shall serve a copy of the motion for default judgment,
any supporting papers, and this Order by **June 1, 2020** on Duncan Partners by the methods

described in Rule 4 of the Federal Rules of Civil Procedure.  Plaintiffs shall file proof of service

of these documents with the Court.

IT IS FURTHER ORDERED that answering papers, if any, should be served

upon Plaintiffs by **June 19, 2020**.

In light of the COVID-19 crisis, the Court will not have a show cause hearing and

will instead resolve this matter on the papers.  If Duncan Partners fails to respond by **June 19,**

**2020** or fails to request an extension to do so, judgment will be entered for Plaintiffs.

SO ORDERED.

Dated:     May 20, 2020
           New York, New York

RONNIE ABRAMS
United States District Judge