UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND;
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
RELIEF AND CHARITY FUND; and THE
NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
CORPORATION,
                       Plaintiffs,

                                                                          19 **CIVIL** 8120 (RA)

        -against-                                  **DEFAULT JUDGMENT**

DUNCAN PARTNERS, LLC,
                       Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion & Order dated July 22, 2020, Plaintiffs' motion for default judgment is granted. As to damages, Plaintiffs' request for $57,884.39 in the principal deficiency, $13,721.79 in interest, $1,147.75 in promotional fund contributions, $40,434.88 in liquidated damages, $3,825 in audit costs, and $575.39 in costs incurred in bringing this action, as well as post judgment interest, are granted. Plaintiffs are also entitled to attorneys' fees in connection with this action at the rates discussed in the order; accordingly, the case is closed.

**DATED**: New York, New York
             July 23, 2020

                                                     **RUBY J. KRAJICK**
                                                      Clerk of Court

                                       BY:    *KMango*
                                                      Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2020