UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  8-10-20
```

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND;
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
RELIEF AND CHARITY FUND; AND THE
NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
CORPORATION,

    Plaintiff,

  v.

DUNCAN PARTNERS, LLC,

    Defendants.

No. 19-CV-8120 (RA)

**DEFAULT JUDGMENT**

  The Summons and Complaint in this action having been duly served on the above-named Defendant DUNCAN PARTNERS, LLC ("DUNCAN"), and said Defendant having failed to file an Answer to said Complaint, and said default having been duly noted and upon the annexed Declarations of Nicole Marimon of Default Judgment,

  NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED AND ADJUDICATED that Plaintiffs do recover of Duncan, the Defendant, with its principal place of business, upon information and belief, located 20 Dubon Court, Farmingdale, New York 11735, in the amount of $131,964.70 consisting of: (1) delinquent contributions of $57,884.39; (2) interest through May 15, 2020 of $13,721.79; (3) promotional fund contributions

of $1,147.75; (4) liquidated damages of $40,434.88; (5) audit costs of $3,825; (6) attorneys' fees in the amount of $14,375.50; (7) costs in the amount of $575.39; (8) post judgment interest at the statutory rate; and (9) such further legal, equitable, or other relief as the court sees just and proper; and, that the plaintiffs have execution therefore.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.

_____
Hon. Ronnie Abrams, U.S.D.J.

This document was entered on the docket on

_____August, 10, 2020_____.